UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:16-CV-251-EBA

RAVI RAITHATHA, **PLAINTIFF,**

V. **JUDGMENT**

UNIVERSITY OF PIKEVILLE, et al., **DEFENDANTS.**

In accordance with this Court's opinion entered on this date, this Court HEREBY ORDERS and ADJUDGES as follows:

1. All of Plaintiff's claims against DEFENDANTS are DISMISSED WITH PREJUDICE;

2. This matter is DISMISSED and STRICKEN from this Court's active docket; and

3. This judgment constitutes a FINAL and APPEALABLE order.

This the 13th day of October 2017.

